# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW

ONE NEWARK CENTER, 19TH FLOOR

NEWARK, NEW JERSEY 07102

(973) 690-5400

FAX (973) 466-2760

www.rwmlegal.com

July 11, 2011

**VIA FACSIMILE & REGULAR MAIL**
Hon. Judge Joseph A. Dickson, U.S.M.J.
United States District Court-District of New Jersey
MLK Jr., Federal Building & U.S.P.O.
50 Walnut Street
Newark, New Jersey 07101

Re: *Schindler Elevator Corp. v. Otis Elevator Co*
Docket No.: 2:09-cv-00560

Dear Judge Dickson:

I am respectfully writing on behalf of Otis Elevator Co. to request an extension of the return date for Schindler's motion for leave to file amended invalidity contentions. Otis intends to oppose Schindler's belated motion for leave. The current return date is August 1, which would require Otis to file its response by July 18. Otis seeks a two-week extension, so that Otis's papers would be due August 1, and the return date would be moved to August 15.

As Schindler knows, Otis is currently engaged in a trial in New York against Schindler's Swiss sister company Inventio AG. (Inventio AG sued Otis in New York alleging patent infringement.) The trial begins with a pre-trial conference today and will continue through the week of July 18. Three of Otis's four outside counsel from Bartlit Beck, along with Otis's in-house counsel responsible for this matter, are fully engaged on the trial in New York, which will make it difficult for Otis to respond to Schindler's motion on the current schedule.

Schindler will not be prejudiced by the two-week extension. There are no impending deadlines that would be affected, and as the Court knows, no schedule has been set for expert discovery, pending the ongoing reexamination of the patent in suit.

SO ORDERED

*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.

Date: 7/12/11

**ROBINSON, WETTRE & MILLER LLC**

Hon. Judge Joseph A. Dickson, U.S.M.J.
July 11, 2011
Page 2

Thank you for Your Honor's consideration.

Respectfully,

Keith J. Miller

cc: Pierre R. Yanney, Esq. (via E-Mail)
Mark S. Ouweleen, Esq. (via E-Mail)

SO ORDERED

_s/Joseph A. Dickson_
Joseph A. Dickson, U.S.M.J.
Date: 7/12/11